IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AEROPOWER, LTD, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 03cv889-WKW |
| | ) | [WO] |
| STEVE MATHERLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 9 August 2004, the defendant filed a Motion to Quash, Motion For a Protective Order, or in the Alternative a Motion to Stay and Objection to Subpoena (Doc. # 67). For good cause, it is ORDERED as follows:

1. The Motion to Quash the Subpoenas is GRANTED.

2. The Motion For Protective Order is DENIED as moot.

3. The Motion to Stay is DENIED as moot.

4. The Objection to Subpoena is OVERRULED as moot.

The court is mindful that the defendant filed a similar motion to quash subpoena on 4 August 2004 (Doc. # 65), which the court granted by order entered on 12 August 2004 (Doc. # 75).

DONE this 1st day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE